IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **LEWIS MEADOWS** | **PLAINTIFF** |
| vs. | CIVIL ACTION No.: 3:24-CV-410-HTW-LGI |
| **FEDERAL BUREAU OF PRISONS, ET AL.** | **DEFENDANTS** |

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of United States Magistrate Judge LaKeysha Greer Isaac **[Docket no. 22]**. In her Report and Recommendation, filed on August 8, 2025, Magistrate Judge Isaac recommended that Defendants' Motion to Dismiss or, in the Alternative, Motion for Summary Judgment be granted, and Plaintiff's Complaint [Docket no. 1] be dismissed. Magistrate Judge Isaac directed the parties to file any objections to her recommendation within fourteen (14) days. To date, no objections have been filed.

Based upon the findings and recommendation contained in the Report and Recommendation **[Docket no. 22]**, this court finds it well-taken. Magistrate Judge Isaac carefully considered the submissions of the parties, the record, and relevant law, and crafted a well-versed Report and Recommendation. Therefore, this court hereby ADOPTS the Report and Recommendation of the Magistrate Judge as the order of this court.

IT IS THEREFORE ORDERED THAT the Plaintiff Lewis Meadows's Complaint [Docket no. 1] hereby is **DISMISSED** without prejudice.

**SO ORDERED** this the 5th day of September, 2025.

/s/HENRY T. WINGATE
**UNITED STATES DISTRICT COURT JUDGE**

1